1

2

3

4                       UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7  BOARD OF TRUSTEES OF THE
   PLASTERING INDUSTRY WELFARE
8  TRUST FUND, et al.,

9              Plaintiff(s),                      No. C 04-2519 PJH

10      v.                                        **ORDER OF DISMISSAL**

11
   CUSTOM SPRAY SYSTEMS, INC.
12
               Defendant(s).
13  _____/

14
        Pursuant to the request and stipulation of the parties, the above-entitled action is
15
   DISMISSED WITH PREJUDICE.
16
        SO ORDERED.
17
   Dated:  October 16, 2006
18
                                        _____
                                        PHYLLIS J. HAMILTON
19                                      United States District Judge

20

21

22

23

24

25

26

27

28

                                            1